PS 42
(2/98)

# United States District Court

# WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N.C.
2005 MAY 18 PM 2:07

U.S. DISTRICT COURT
W. DIST. OF N.C.

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Ronnie Teal | ) | Case No. 3:04cr295-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Ronnie Teal, have discussed with Deborah S. Fackrell, Probation Officer, modification of my release as follows:

to strike condition of curfew.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     5-13-05
Signature of Defendant                Date

This Modification Order has been discussed with AUSA Kimlani Murray, and she concurs with my recommendation.

_____     5-13-05
USPO Deborah S. Fackrell              Date

Reviewed and Approved: _____     5/17/05
                       SUSPO Jeffrey L. Helms                 Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel          Date

[X] The above modification of conditions of release is ordered, to be effective on 5/16/05.

[ ] The above modification of release is not ordered.

_____     5/16/05
Carl Horn, III                         Date
U.S. Magistrate Judge

cc:   AUSA        Defendant        Defense Attorney        PSI Officer