UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**DOCKET NO. 3:04-CR-295**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) **ORDER ON MOTION TO** |
| | ) **WITHDRAW** |
| | ) **AS COUNSEL DUE TO** |
| v. | ) **CONFLICT OF INTEREST** |
| | ) |
| RONNIE TEAL (1) | ) |
| | ) |
| Defendant | ) |

**HAVING READ AND CONSIDERED**, the Motion to Withdraw as Counsel, and being that a clear conflict of interest exist which must be resolved,

**IT IS HEREBY ORDERD** that Attorney Roderick M. Wright, Jr. be allowed to withdraw as counsel off record, and that Mr. Ronnie Teal be appointed new counsel.

This 18th day of July, 2005.

HONORABLE ROBERT J. CONRAD Jr.
UNITED STATES DISTRICT JUDGE