# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04cr295

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| RONNIE TEAL | ) | |

**THIS MATTER** is before the Court on its own motion for an inquiry with respect to the propriety of Defendant's counsel, Tolly A. Kennon, continuing to represent the defendant in the above-captioned case.

**THEREFORE,** the Court hereby directs the magistrate judge to hold a hearing for the purpose of inquiry into the status of counsel.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: August 31, 2005**

Robert J. Conrad, Jr.
United States District Judge