IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr295

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| RONNIE TEAL (1) ) | |

**THIS MATTER** is before the Court upon a second motion of the defendant pro se for a reduction of sentence based on the retroactive amendments to the United States Sentencing Guidelines relating to crack cocaine. (Doc. No. 138). A comparison of that motion to the one previously filed in January 2009 (Doc. No. 127) reveals that the two are substantially the same. The Court denied the first motion (Doc. No. 128), and the defendant has not provided any reason to reconsider that decision.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 138) is **DENIED**.

Signed: July 1, 2010

Robert J. Conrad, Jr.
Chief United States District Judge