IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr295

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | ORDER |
| RONNIE TEAL | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Notice of Appeal and request to proceed in forma pauperis. (Doc. No. 140).

The defendant seeks to proceed with his direct appeal without having to prepay the costs associated with that action. Fed. R. App. P. 24. He previously qualified for appointed counsel and remains incarcerated. Accordingly, the Court finds that the defendant lacks sufficient resources from which to pay the costs of that action.

**IT IS, THEREFORE, ORDERED** that the defendant's request to proceed in forma pauperis is **GRANTED**.

Signed: July 23, 2010

Robert J. Conrad, Jr.
Chief United States District Judge